*Certiorari Granted.*

Nos. 584, 585, 586 and 587.   UNITED STATES *v.* SECURITY TRUST & SAVINGS BANK OF SAN DIEGO, EXECUTOR, ET AL.   District Court of Appeal for the Fourth Appellate District of California.  Certiorari granted. *Solicitor General Perlman* for the United States.

No. 686.   GREAT ATLANTIC & PACIFIC TEA CO. *v.* SUPERMARKET EQUIPMENT CORP.   C. A. 6th Cir.   Certiorari granted. *John H. Glaccum* for petitioner. *Townsend F. Beaman* and *Lloyd W. Patch* for respondent..

*Certiorari Denied.*   (*See also No. 427 and Misc. No. 468, supra.*)

No. 542.   DUNCAN COFFEE CO. *v.* RECONSTRUCTION FINANCE CORPORATION.   United States Emergency Court of Appeals.  Certiorari denied. *Samuel H. Peak* for petitioner. *Solicitor General Perlman, Assistant Attorney General Morison, Samuel D. Slade* and *John R. Benney* for respondent.

No. 562.   LOCAL 36, INTERNATIONAL FISHERMEN & ALLIED WORKERS OF AMERICA ET AL. *v.* UNITED STATES. C. A. 9th Cir.   Certiorari denied. *Robert W. Kenny* for petitioners. *Solicitor General Perlman, Assistant Attorney General Bergson* and *J. Roger Wollenberg* for the United States.

No. 651.   BURNS ET AL. *v.* MUTUAL BENEFIT LIFE INSURANCE CO.   C. A. 6th Cir.   Certiorari denied. *Solomon W. Patek* for petitioners.

No. 658.   STEINWAY *v.* MAJESTIC AMUSEMENT CO. ET AL.   C. A. 10th Cir.   Certiorari denied. *Neal E. McNeill*